IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| XUAN NGUYEN,<br>#A074-484-667,<br><br>        Petitioner,<br><br>v.<br><br>THOMAS BERGAMI,<br><br>        Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:24-cv-1601-E (BT) |

## **MEMORANDUM OPINON AND ORDER**

Petitioner Xuan Nguyen filed a habeas application under 28 U.S.C. § 2241 claiming that he has been detained pending removal for an unreasonable amount of time. Pet. at 7 (ECF No. 3). The Court liberally construed these allegations as asserting claims for violation of 8 U.S.C. § 1231 and the Due Process Clause of the United States Constitution. As relief, Tranh seeks release from ICE custody. *Id.* at 8.

On August 15, 2024, Respondent filed a "Notice of Release" informing the Court that ICE released Nguyen from custody after he filed this § 2241 application. Notice at 1 (ECF No. 7). Respondent asks the Court to dismiss this case as moot under Federal Rule of Civil Procedure 12(b)(1). *Id.*

"Article III of the Constitution limits federal 'Judicial Power,' that is, federal-court jurisdiction, to 'Cases' and 'Controversies.'" *United States Parole Comm'n v. Geraghty,* 445 U.S. 388, 395 (1980). A case becomes moot "when the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Id.* at 396 (quoting *Powell v. McCormack,* 395 U.S. 486, 496 (1969)).

The habeas petition only seeks Nguyen's release from custody pending his removal. Since he is no longer detained pending removal, his sole ground for relief is now moot, and this court lacks jurisdiction to consider his petition. *See*, *e.g.*, *Singh v. Mukasey*, 2009 WL 1097255, at *1 (N.D. Tex. Apr. 22, 2009); *Caquias v. Dist. Dir. of ICE*, 2008 WL 5378173, at *1 (N.D. Tex. Dec. 23, 2009).

### Conclusion

The petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** as moot. Fed. R. Civ. P. 12(b)(1).

**SO ORDERED.**

March 23, 2026.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE